IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

2018 FEB 23  AM 8: 34

DEPUTY CLERK _____

| | | |
|---|---|---|
| 17 DOGWOOD REALTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH KURUVILA and JAMIE JOSEPH, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 1:17-CV-164-C |

## DEFAULT JUDGMENT

On this day the Court considered Plaintiff, 17 Dogwood Realty, LLC's Motion for Default Judgment, filed January 29, 2018. After considering the motion, supporting brief and affidavits, and other matters of record, the Court finds that: (i) the Court has personal jurisdiction over the Defendants and subject-matter jurisdiction over this controversy for the reasons thoroughly set forth in Plaintiff's motion and brief; (ii) Defendants Joseph Kuruvila and Jamie Joseph were properly served in accordance with the Texas Long Arm Statute on November 7, 2017; (iii) Defendants failed to answer or defend within the time allowed and their time to do so has now expired; (iv) on November 30, 2017, default was entered against both Defendants by the Clerk of the Court as provided by law; (v) Defendants are not infants, incompetent persons, or in the military service; (vi) Plaintiff's Second Amended Complaint provides a sufficient factual basis to support an entry of default judgment on Plaintiff's breach of contract claim against both Defendants; and (vii) Plaintiff's claims are for a sum certain or for a sum which can by computation be made certain.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, 17 Dogwood Realty, LLC, is granted judgment against Defendants Joseph Kuruvila and Jamie Joseph, jointly and severally, in the amount of $531,504, together with attorney's fees in the amount of $15,382.50, costs in the amount of $1,737.11, and post-judgment interest at the rate of 1.97 percent per annum from the date of this judgment forward until paid.

SO ORDERED.

DATED this 23 day of February, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE